UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| ALEXIS LARA, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 5:20-cv-0498 |
| | : | |
| SAMUEL ADAMS PENNSYLVANIA | : | |
| BREWING COMPANY, LLC, individually | : | |
| and d/b/a SAMUEL ADAMS, SAMUEL | : | |
| ADAMS BREWERY COMPANY, LTD, | : | |
| SAMUEL ADAMS PENNSYLVANIA | : | |
| BREWING COMPANY, SAMUEL | : | |
| ADAMS, HTTS, INC., KEVIN MOYER, | : | |
| individually, EDWIN (last name unknown), | : | |
| individually, QUINCY TROUPE, | : | |
| individually, DERRICK (last name | : | |
| unknown), individually, BILL (last name | : | |
| unknown), individually, ALISON GLEN, | : | |
| individually, and LEWIS MARS, | : | |
| individually, | : | |
| Defendants. | : | |

_____

# **O R D E R**

**AND NOW,** this 1st day of September, 2020, upon consideration of Defendants' motion to dismiss the Amended Complaint in this action, *see* ECF No. 9, and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion to dismiss, *see* ECF No. 9, is **GRANTED, in part, and DENIED, in part.**

2. Defendants' motion is **GRANTED** with respect to Plaintiff's hostile work environment claims against all Defendants, as well as his race-based discrimination and retaliation claims brought pursuant to 42 U.S.C. § 1981, Title VII of the Civil Rights Act of

2

1964, and the Pennsylvania Human Relations Act as against the individual Defendants.  These claims are **DISMISSED, with prejudice**.[1]

      3.      The motion is **DENIED** in all other respects.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] Plaintiff's Amended Complaint was filed in response to Defendants' motion to dismiss the initial Complaint.  Because Plaintiff's allegations are insufficient to state these claims even after amendment, the Court is forced to conclude that no facts exist capable of supporting these claims.  They are thus dismissed with prejudice as futile.